

# Fourth Court of Appeals
## San Antonio, Texas

August 18, 2014

No. 04-14-00544-CV

Liborio **SOLIS**,
Appellant

v.

Maria **SOLIS**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-06368
Honorable Larry Noll, Judge Presiding

# O R D E R

Appellant seeks to appeal from a default order granting motion to rule for costs. Generally, this court has jurisdiction only over appeals from final judgments, that is, judgments that dispose of all pending parties and claims in the record. *Lehmann v. Har–Con Corp.,* 39 S.W.3d 191, 195 (Tex. 2001). Orders that do not dispose of all pending parties and claims are interlocutory and, subject to a few mostly statutory exceptions, unappealable until a final judgment is signed. *Id*.; *Bally Total Fitness Corp. v. Jackson,* 53 S.W.3d 352, 352 (Tex. 2001).

It appears from the record before us that no final judgment has been signed in this case and that the trial court's order granting the motion to rule for costs is an interlocutory order. *See generally* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a) (West 2008) (listing a number of interlocutory orders that may be appealed); *Minnfee v. Lexington*, No. 04-09-00770-CV, 2010 WL 381367, at *1 (Tex. App.—San Antonio Feb. 3, 2010, pet. dism'd) (mem. op.) (dismissing appeal of order on motion to rule for costs).

Accordingly, we ORDER appellant to show cause in writing within 30 days of the date of this order why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended pending our determination of whether we have jurisdiction over this appeal.

_____
Rebeca C. Martinez, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of August, 2014.



_____
Keith E. Hottle
Clerk of Court